**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **LESLIE GREER** | § | |
| **Plaintiff** | § | |
| | § | **Case No. 4:10cv1** |
| **v.** | § | **(Judge Schneider/Judge Mazzant)** |
| | § | **Complaint for Accommodation** |
| **EDK Allen II LP, EDK Allen II GP,** | § | **Discrimination Under the A.D.A.** |
| **LLC, EDK Allen III LP, EDK Allen** | § | |
| **III GP, LLC, and Las Piramides Inc.** | § | |
| **d/b/a Mexigo Restaurant Bar and** | § | |
| **Grill** | | |
| **Defendants** | | |

*APPENDIX IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES,*
*COSTS AND EXPENSES AGAINST DEFENDANTS AND BRIEF IN SUPPORT*

Respectfully submitted June 16, 2011 by,

*/s/ Palmer D. Bailey*

**Mr. Palmer D. Bailey**
**Attorney-in-charge**
Bar Card No. 01533400
Law Office of Palmer Bailey, *A Professional Corporation*
16633 Dallas Parkway, Ste. 600
Addison, TX 75001
Tel.  972.588.1863
Fax. 972.588.1801
Inlight226@aol.com

**Attorney for Plaintiff**

*Certificate of Conference*

        None of the Defendants in this case are represented by counsel.  One has already been defaulted for failure to appear or respond, and the remaining defendants have failed to respond to the orders of this Court to get counsel.  Therefore no other party could be

*APPENDIX IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES,*
*COSTS AND EXPENSES AGAINST THE DEFENDANTS*

contacted to determine whether they oppose this motion, but the Plaintiff assumes that they do.

**/s/Palmer D. Bailey**
**Palmer D. Bailey**

### *Certificate of Service*

I hereby certify that a copy of this document was placed in the mail on June 16, 2011 properly addressed to the last known address of the EDK Defendants through

Ed Koshnoudi, President
EDK Investments GP
1713 Cottonwood Valley Circle S.
Irving, Texas 75038

And to Las Priamides, Inc. d/b/a Mexigo Restaurant Bar and Grill by mailing to
Jose Jaimes
533 W. McDermott Drive
Allen, TX 75002

*/s/ Palmer D. Bailey*
**Palmer D. Bailey**

*APPENDIX IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES,*
*COSTS AND EXPENSES AGAINST THE DEFENDANTS*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **LESLIE GREER** | § | |
| **Plaintiff** | § | |
| | § | **Case No. 4:10cv1** |
| **v.** | § | **(Judge Schneider/Judge Mazzant)** |
| | § | **Complaint for Accommodation** |
| **EDK Allen II LP, EDK Allen II GP,** | § | **Discrimination Under the A.D.A.** |
| **LLC, EDK Allen III LP, EDK Allen** | § | |
| **III GP, LLC, and Las Piramides Inc.** | § | |
| **d/b/a Mexigo Restaurant Bar and** | § | |
| **Grill** | | |
| **Defendants** | | |

### _Affidavit of Fact by Palmer Bailey_

I, Palmer D. Bailey, declare:

1.      I am an attorney licensed to practice law in this state and I represent Leslie Greer in this action.

2.      I have been an attorney for 22years. During that time I have participated as lead or co-counsel in both jury and bench trials in Dallas, Austin and Houston.

3.      My practice for the last 10 years has consisted almost exclusively of disability civil rights litigation involving the Americans with Disabilities Act, the Fair Housing Act, and the Rehabilitation Act of 1974.  I have been involved in, both class action and individual cases,  that involve violations of the Americans with Disabilities Act, the Fair Housing Act, and the Rehabilitation Act of 1974.

4.      Prior to the filing of this action, I was named and acted as class counsel in this District in cases that involved virtually identical issues to the ones raised in this case.  See e.g. _Leslie Greer, et al. v. Mockingbird Station Partners, L.P., et al.,_ Civil Action No. 3:02CV-2324-G, _Josh Whitaker, et al. v. West Village, L.P., et al.,_ Civil Action No. 3:03-CV-0411-P,and  _Patricia Sapp, et al. v. Post Apartment Homes, L.P., et al,_ Civil Action No. 3-03CV 2593B.

5.      I am familiar with the fair, reasonable and customary fees charged by similar attorneys in this geographic area for representation in Federal court.  The following rates charged by the Law Office of Palmer Bailey, P.C. for its services are well within the range of rates charged for similar services by lawyers and paralegals of comparable skill, experience and reputation for this community for similar work under similar circumstances.  Further, the rates being charged in this case are only $25.00 per hour less than the rates that were awarded by another Northern District Court to this same counsel

### _AFFIDAVIT OF FACT AS TO THE ACCURACY OF EXHIBITS AND REASONABLENESS OF ATTORNEY FEES AND COSTS AND EXPENSES_
**Page 1 of 2**

more than 3 years ago for work performed between 4 and 5 years ago in, *Floyd Guy Davis, et. al v. Grand Prairie Sports Facilities, et al* 3-06-cv-0744-N.

Palmer Bailey, attorney time. $375.00 per hour
Paralegal time $110.00 per hour

All times is billed in 1/10th of an hour increments.

6.      I am the custodian of the records for the Law Office of Palmer Bailey, P.C. Attached  hereto are the TimeSlip records of the Law Office of Palmer Bailey, P.C. recording the time and the costs expended in the prosecution of this cause.

7.      The records were kept in the regular course of business by the Law Office of Palmer Bailey, P.C., and it was the regular course of business of the Law Office of Palmer Bailey, P.C. for an attorney or paralegal of Palmer Bailey, P.C. with knowledge of the act, event, or condition recorded to make the record or to transmit information thereof to be included in such record, and that record was made at or near the time or reasonably soon thereafter.

8.      The fair, necessary, reasonable and customary fees, costs and expenses expended and used in the prosecution of the case up through the time of the filing of this Brief is $23,582.50 as shown by the attached TimeSlips.   Appropriate billing judgment has been shown and certain charges have not been included in the final bill.  Further, in my professional opinion based upon 10 years of doing this work and enforcing dozens and dozens of orders and agreements to modify including multiple class action consent decrees, it will require no less than an additional 20 hours of time to enforce this Court's order Doc. # 33, which is another $7,500.00 in time.

9.      Therefore the total amount of reasonable and necessary fees in this case is $31,082.50.


I swear under penalty of perjury under the laws of the United States that the statements in this declaration are true.

Executed this 16th day of June, 2011 in Addison, Texas.


___*s/Palmer Bailey*_____
**Palmer D. Bailey**
**Bar Card No. 01533400**




*AFFIDAVIT OF FACT AS TO THE ACCURACY OF EXHIBITS AND*
*REASONABLENESS OF ATTORNEY FEES AND COSTS AND EXPENSES*
**Page 2 of 2**

Law Office of Palmer Bailey
Slip Listing

| Selection Criteria | |
| --- | --- |
| Slip.Transaction Dat | 10/10/2008 - 6/16/2011 |
| Slip.Classification | Open |
| Clie.Selection | Include: Mexigo Restaurant |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
| --- | --- | --- | --- | --- | --- |
| 8610<br>7/24/2009<br>WIP<br>Meeting with client about problems trying to get into site.  Blocked parking and paths of travel etc. | TIME | Palmer Bailey<br>Meeting<br>Mexigo Restaurant | 0.50<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 175.00 |
| 8722<br>8/11/2009<br>WIP<br>Reviewing site for problems.  Multiple problems everywhere.  Not enough parking, bad curb cuts, no route through facility, metal fence to get in restaurant. etc. etc. | TIME | Palmer Bailey<br>Review<br>Mexigo Restaurant | 1.70<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 595.00 |
| 8723<br>8/11/2009<br>WIP<br>Telephone call with client about review and problems.  Location is new but the shopping center is pre 92 she believes. | TIME | Palmer Bailey<br>Telephone call<br>Mexigo Restaurant | 0.30<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 105.00 |
| 8731<br>8/11/2009<br>WIP<br>Researching ownership and platting issues.  Changes to platting and multiple different places all seem to have EDK Allen as owners, looking for tdlr issues on any of the properties, and when build | TIME | Palmer Bailey<br>Research<br>Mexigo Restaurant | 0.90<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 315.00 |
| 8737<br>8/12/2009<br>WIP<br>Drafting attorney notes for getting case to filing, | TIME | Palmer Bailey<br>Draft<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 35.00 |
| 8784<br>8/18/2009<br>WIP<br>E-mail from client about filing and meeting, return email on same | TIME | Palmer Bailey<br>E-mail<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 35.00 |
| 8838<br>8/25/2009<br>WIP<br>Researching ownership issues with all the EDK | TIME | Palmer Bailey<br>Research<br>Mexigo Restaurant | 2.60<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 910.00 |

Law Office of Palmer Bailey
Slip Listing

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| entities and with sec of state.  Reviwing the increases in property values and researching the dates for the construction of the improvements.  Begin drafting the Complaint | | | | |
| 8921              TIME 9/9/2009 WIP Meeting with client about continuing issues and about issues at other retail within the center. | Palmer Bailey Meeting Mexigo Restaurant | 0.50 0.00 0.00 0.00 | 350.00 C@1 | 175.00 |
| 8960              TIME 9/11/2009 WIP Drafting notes to file for getting it completed and what needs to be done/where we are, email to client on same | Palmer Bailey Draft Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 350.00 C@1 | 35.00 |
| 8991              TIME 9/15/2009 WIP Drafting note to client about filing for the case at the end of the week in response to her question | Palmer Bailey Draft Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 350.00 C@1 | 35.00 |
| 9053              TIME 9/25/2009 WIP Drafting notes to file no preparation for complaint filig, field call from client on same | Palmer Bailey Draft Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 350.00 C@1 | 35.00 |
| 9067              TIME 9/29/2009 WIP prepare copies for court and letter on same for original filing | Rachel White Copy and File Mexigo Restaurant | 0.30 0.00 0.00 0.00 | 75.00 T@1 | 22.50 |
| 9068              EXP 9/29/2009 WIP Filing Fee for case | Palmer Bailey Filing Mexigo Restaurant | 1 | 350.00 | 350.00 |
| 9066              TIME 9/29/2009 WIP Drafting complaint final version, all service documents and filing docs.  Prepare same for filing | Palmer Bailey Draft Mexigo Restaurant | 1.60 0.00 0.00 0.00 | 350.00 C@1 | 560.00 |
| 9603              TIME 10/1/2009 WIP Meeting with expert on case for site and about what needs to get done | Palmer Bailey Meeting Mexigo Restaurant | 1.30 0.00 0.00 0.00 | 350.00 C@1 | 455.00 |

Law Office of Palmer Bailey
Slip Listing

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 9220            TIME 10/2/2009 WIP E-mail from court with complaint and email with cert of int. | Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.10 0.00 0.00 | 350.00 C@1 Do Not Bill | 35.00 |
| 9221            TIME 10/2/2009 WIP E-mail from court with summons as prepared for case | Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.10 0.00 0.00 | 350.00 C@1 Do Not Bill | 35.00 |
| 9149            TIME 10/5/2009 WIP E-mail from court with summons filed and ready for service | Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 350.00 C@1 | 35.00 |
| 9150            TIME 10/5/2009 WIP Drafting notes to get the case moved forward with service, contact process server on same | Palmer Bailey Draft Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 350.00 C@1 | 35.00 |
| 9156            TIME 10/5/2009 WIP E-mail from client about filing and service, explain where we are. | Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.10 0.00 0.00 | 350.00 C@1 Do Not Bill | 35.00 |
| 9185            TIME 10/8/2009 WIP Telephone call with ADA expert about issues that need to be fixied and issues about the filing with TDLR | Palmer Bailey Telephone call Mexigo Restaurant | 0.40 0.00 0.00 0.00 | 350.00 C@1 | 140.00 |
| 9222            TIME 10/13/2009 WIP Reviewing returned summons.  Prepare same for service with lawyers civil | Palmer Bailey Review Mexigo Restaurant | 0.20 0.00 0.00 0.00 | 350.00 C@1 | 70.00 |
| 9223            TIME 10/13/2009 WIP Preparation of pleadings for service with letter and copies | Palmer Bailey Prep Pleadings Mexigo Restaurant | 0.20 0.00 0.00 0.00 | 350.00 C@1 | 70.00 |
| 9253            TIME 10/16/2009 WIP Drafting notes to file for things to get done during discovery | Palmer Bailey Draft Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 350.00 C@1 | 35.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 9264            TIME<br>10/16/2009<br>WIP<br>E-mail to client about filing coming through and the<br>service issue, general update at her request | Palmer Bailey<br>E-mail<br>Mexigo Restaurant | 0.10<br>0.10<br>0.00<br>0.00 | 350.00<br>C@1<br>Do Not Bill | 35.00 |
| 9269            TIME<br>10/16/2009<br>WIP<br>Telephone call from summons server that EDK got<br>served today | Palmer Bailey<br>Telephone call<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 35.00 |
| 9294            TIME<br>10/21/2009<br>WIP<br>Telephone call from adjuster from Mexigo asking<br>for complaint??  He needs to call his client. | Palmer Bailey<br>Telephone call<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 35.00 |
| 9375            TIME<br>10/29/2009<br>WIP<br>Drafting attorney notes to file to update what needs<br>to get done on this case | Palmer Bailey<br>Draft<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 35.00 |
| 9353            TIME<br>10/29/2009<br>WIP<br>Filing documents from court | Rachel White<br>Filing<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 75.00<br>T@1 | 7.50 |
| 9396            TIME<br>10/29/2009<br>WIP<br>Telephone call with expert as initial contact on<br>case, discuss issues and hiring | Palmer Bailey<br>Telephone call<br>Mexigo Restaurant | 0.40<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 140.00 |
| 9376            TIME<br>10/29/2009<br>WIP<br>E-mail from client and return same with more<br>updates and discussion of answer date | Palmer Bailey<br>E-mail<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 35.00 |
| 9346            TIME<br>10/29/2009<br>WIP<br>Reviewing bill from service officer for EDK entities | Palmer Bailey<br>Review<br>Mexigo Restaurant | 0.10<br>0.10<br>0.00<br>0.00 | 350.00<br>C@1<br>Do Not Bill | 35.00 |
| 9345            TIME<br>10/29/2009<br>WIP<br>Reviewing returned summons for edk with Answer<br>due early November | Palmer Bailey<br>Review<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 35.00 |

Law Office of Palmer Bailey
Slip Listing

| Slip ID Dates and Time Posting Status Description | | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 9349 10/29/2009 WIP Service Fee for Mexigo owner out of county | EXP | Palmer Bailey Service Fee Mexigo Restaurant | 1 | 125.00 | 125.00 |
| 9347 10/29/2009 WIP Service Fee for EDK entities | EXP | Palmer Bailey Service Fee Mexigo Restaurant | 1 | 115.00 | 115.00 |
| 9348 10/29/2009 WIP Reviewing returned summons for Mexigo owner with answer due early November | TIME | Palmer Bailey Review Mexigo Restaurant | 0.10 0.10 0.00 0.00 | 350.00 C@1 Do Not Bill | 35.00 |
| 9444 11/5/2009 WIP Telephone call from client asking about the answer date and the case | TIME | Palmer Bailey Telephone call Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 350.00 C@1 | 35.00 |
| 9457 11/6/2009 WIP Drafting attorney notes to file on what needs to get done on case for next week after answer | TIME | Palmer Bailey Draft Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 350.00 C@1 | 35.00 |
| 9536 11/10/2009 WIP Reviewing hard copy answer from defendants | TIME | Palmer Bailey Review Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 350.00 C@1 | 35.00 |
| 9478 11/11/2009 WIP Telephone calls to court to find out what to do about the filing where it was sent to northern with an eastern address etc. | TIME | Palmer Bailey Telephone call Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 350.00 C@1 | 35.00 |
| 9479 11/11/2009 WIP Telephone call to def counsel for edk and they return same on situation and what to do, and the non-answer of Mexigo | TIME | Palmer Bailey Telephone call Mexigo Restaurant | 0.20 0.00 0.00 0.00 | 350.00 C@1 | 70.00 |
| 9521 11/20/2009 WIP E-mail to client with update from calls and about the fix | TIME | Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.10 0.00 0.00 | 350.00 C@1 Do Not Bill | 35.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 9520     TIME<br>11/20/2009<br>WIP<br>Telephone call to court about the transfer etc. | Palmer Bailey<br>Telephone call<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 35.00 |
| 9519     TIME<br>11/20/2009<br>WIP<br>Telephone call again to def counsel this time a<br>conference call on the issues | Palmer Bailey<br>Telephone call<br>Mexigo Restaurant | 0.30<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 105.00 |
| 9517     TIME<br>11/20/2009<br>WIP<br>Telephone call to Blume def office, left message<br>about the filing etc. | Palmer Bailey<br>Telephone call<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 35.00 |
| 9548     TIME<br>11/24/2009<br>WIP<br>Drafting letter to def counsel about settlement and<br>court order.  Contact with client on case and<br>settlement | Palmer Bailey<br>Draft<br>Mexigo Restaurant | 0.50<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 175.00 |
| 9561     TIME<br>11/25/2009<br>WIP<br>Drafting notes to update attorney file for what<br>needs to get done on case | Palmer Bailey<br>Draft<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 35.00 |
| 9562     TIME<br>11/25/2009<br>WIP<br>E-mail from and back to client on case update for<br>where we are on court order etc. | Palmer Bailey<br>E-mail<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 35.00 |
| 9595     TIME<br>12/7/2009<br>WIP<br>Telephone call with def counsel about issues of<br>transfer and settlement and no answer from<br>Mexigo. | Palmer Bailey<br>Telephone call<br>Mexigo Restaurant | 0.20<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 70.00 |
| 9623     TIME<br>12/10/2009<br>WIP<br>Telephone call from client with extensive questions<br>about moving the case, and why we don't have an<br>answer from the restaurant, she wants a default<br>etc. she wants them to admit they are wrong. | Palmer Bailey<br>Telephone call<br>Mexigo Restaurant | 0.30<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 105.00 |

Law Office of Palmer Bailey
Slip Listing

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 9649 12/11/2009 WIP Drafting attorney notes to file with update | TIME Palmer Bailey Draft Mexigo Restaurant | 0.10 0.10 0.00 0.00 | 350.00 C@1 Do Not Bill | 35.00 |
| 9630 12/11/2009 WIP Drafting letter to counsel about settlement, 26f and default | TIME Palmer Bailey Draft Mexigo Restaurant | 0.40 0.00 0.00 0.00 | 350.00 C@1 | 140.00 |
| 9653 12/14/2009 WIP fax from def about 26f and non-response from their tenant Mexigo and Motion to transfer | TIME Palmer Bailey Fax Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 350.00 C@1 | 35.00 |
| 9664 12/15/2009 WIP Drafting additional notes on file for time frames to get something from them or default Mexigo. | TIME Palmer Bailey Draft Mexigo Restaurant | 0.10 0.10 0.00 0.00 | 350.00 C@1 Do Not Bill | 35.00 |
| 9681 12/18/2009 WIP Drafting notes to file after talking with client about still not having an Answer from Mexigo and no new information, I am going to file a default next week and motion to transfer. | TIME Palmer Bailey Draft Mexigo Restaurant | 0.20 0.00 0.00 0.00 | 350.00 C@1 | 70.00 |
| 9701 12/22/2009 WIP Drafting entry of default, getting and filing summons, prepare aff. for filing same, Also prepare mtn to transfer, letter to opposing counsel on same.  Never heard from them about Mexigo or about the scheduling order meeting.  Never hear back from them. | TIME Palmer Bailey Draft Mexigo Restaurant | 1.30 0.00 0.00 0.00 | 350.00 C@1 | 455.00 |
| 9719 12/23/2009 WIP Telephone call again left another message on the motion and Mexigo | TIME Palmer Bailey Telephone call Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 350.00 C@1 | 35.00 |
| 9721 12/23/2009 WIP Drafting update to attorney file for the motions and the default and where we are on this | TIME Palmer Bailey Draft Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 350.00 C@1 | 35.00 |

Law Office of Palmer Bailey
Slip Listing

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 9727 TIME 12/28/2009 WIP Telephone call message from Shelly skeen and returned call to leave another message on the motion | Palmer Bailey Telephone call Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 350.00 C@1 | 35.00 |
| 9731 TIME 12/28/2009 WIP Drafting update to motions and default request after receiving mt to w/draw from opposing counsel.  contact court on same.  Multiple filings come in, and fax from opposing counsel. | Palmer Bailey Draft Mexigo Restaurant | 1.60 0.00 0.00 0.00 | 350.00 C@1 | 560.00 |
| 9741 TIME 12/28/2009 WIP E-mail from court with filing of request for default to clerk | Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 350.00 C@1 | 35.00 |
| 9742 TIME 12/28/2009 WIP E-mail from court regarding motion to transfer case | Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.10 0.00 0.00 | 350.00 C@1 Do Not Bill | 35.00 |
| 9735 TIME 12/29/2009 WIP Telephone calls to opposing counsel again, about w/drawal and ct scheduling order due.  Call to court on same and issue of transfer, speak with clerk. review letter to court for courtesy copy. | Palmer Bailey Telephone call Mexigo Restaurant | 0.30 0.00 0.00 0.00 | 350.00 C@1 | 105.00 |
| 9737 TIME 12/29/2009 WIP E-mail from court clerk with notice of default filed. | Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 350.00 C@1 | 35.00 |
| 9738 TIME 12/29/2009 WIP E-mail from Judge Lynn's office with information about the pending transfer | Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.10 0.00 0.00 | 350.00 C@1 Do Not Bill | 35.00 |
| 9739 TIME 12/29/2009 WIP E-mail from court with order granting the transfer to the Eastern District. | Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.10 0.00 0.00 | 350.00 C@1 Do Not Bill | 35.00 |
| 9743 TIME 12/29/2009 WIP | Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.00 0.00 | 350.00 C@1 | 35.00 |

Law Office of Palmer Bailey
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| E-mail from court with notice of closure and need to file in Eastern District from here forward. | | 0.00 | | |
| 9843<br>1/5/2010<br>WIP<br>E-mails from court with notice info and judge assignment. | TIME<br>E-mail<br>Mexigo Restaurant | 0.10<br>0.10<br>0.00<br>0.00 | 350.00<br>C@1<br>Do Not Bill | 35.00 |
| 9799<br>1/7/2010<br>WIP<br>Telephone call to counsel about court order and their attempt to w/draw etc. | TIME<br>Telephone call<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 35.00 |
| 9802<br>1/7/2010<br>WIP<br>Reviewing extensive requirements from court about meeting and all the details from eastern district | TIME<br>Review<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 35.00 |
| 9798<br>1/7/2010<br>WIP<br>E-mail from court with order to meet on or before the 26th. | TIME<br>E-mail<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 350.00<br>C@1 | 35.00 |
| 10007<br>1/12/2010<br>WIP<br>E-mail from court with mtn to withdraw | TIME<br>E-mail<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 37.50 |
| 9845<br>1/14/2010<br>WIP<br>E-mail from northern district concerning case closing | TIME<br>E-mail<br>Mexigo Restaurant | 0.10<br>0.10<br>0.00<br>0.00 | 375.00<br>C@1<br>No Charge | 37.50 |
| 9844<br>1/14/2010<br>WIP<br>E-mail from court with information about assignment to magistrat | TIME<br>E-mail<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 37.50 |
| 9832<br>1/14/2010<br>WIP<br>Reviewing mail from opposing counsel with letter to court about mtn to withdraw | TIME<br>Review<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 37.50 |
| 9835<br>1/14/2010<br>WIP | TIME<br>E-mail<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00 | 375.00<br>C@1 | 37.50 |

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| E-mail from court with notice of deficiency for filing on the motin to withdraw | | 0.00 | | |
| 9834 **TIME** 1/14/2010 WIP E-mail from court with motion to withdraw filed | Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 375.00 C@1 | 37.50 |
| 9833 **TIME** 1/14/2010 WIP fax from opposing counsel with new motion to withdraw filed in eastern district | Palmer Bailey Fax Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 375.00 C@1 | 37.50 |
| 9852 **TIME** 1/15/2010 WIP E-mail from court mooting the motion to withdraw by def counsel | Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 375.00 C@1 | 37.50 |
| 9853 **TIME** 1/15/2010 WIP Drafting another letter to def counsel concerning the withdrawal and the issue of the court ordered meeting coming up very soon. | Palmer Bailey Draft Mexigo Restaurant | 0.40 0.00 0.00 0.00 | 375.00 C@1 | 150.00 |
| 9859 **TIME** 1/15/2010 WIP E-mail from Wilson about possible representation on the case. email back with explanation of where we are, what is going on and attach the pleading in it. | Palmer Bailey E-mail Mexigo Restaurant | 0.30 0.00 0.00 0.00 | 375.00 C@1 | 112.50 |
| 9864 **TIME** 1/15/2010 WIP E-mail from possible defense counsel about the case | Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 375.00 C@1 | 37.50 |
| 9865 **TIME** 1/15/2010 WIP fax from Def counsel about new motion to withdraw | Palmer Bailey Fax Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 375.00 C@1 | 37.50 |
| 9885 **TIME** 1/20/2010 WIP Telephone call extensive with Potential new counsel for EDK.  Discussing the status, my desire to move forward new parties needed, etc. | Palmer Bailey Telephone call Mexigo Restaurant | 0.60 0.00 0.00 0.00 | 375.00 C@1 | 225.00 |

Law Office of Palmer Bailey
Slip Listing

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 9940 TIME 2/2/2010 WIP Telephone call after reviewing fax from yet another lawyer, putnam, called client on same for settlement issues nad then left message with lawyer | Palmer Bailey Telephone call Mexigo Restaurant | 0.30 0.00 0.00 0.00 | 375.00 C@1 | 112.50 |
| 9943 TIME 2/2/2010 WIP Telephone call from joe putnam, discuss terms of settlement in general and give background on the case. I will get him an offer on this case in letter form. | Palmer Bailey Telephone call Mexigo Restaurant | 0.30 0.00 0.00 0.00 | 375.00 C@1 | 112.50 |
| 9956 TIME 2/8/2010 WIP Drafting letter on settlment after discussing at length with client on same. | Palmer Bailey Draft Mexigo Restaurant | 0.90 0.00 0.00 0.00 | 375.00 C@1 | 337.50 |
| 9989 TIME 2/10/2010 WIP Fax from previous defense counsel about getting in touch with defendant EDK | Palmer Bailey Fax Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 375.00 C@1 | 37.50 |
| 9993 TIME 2/11/2010 WIP E-mail from court with notice from EDK on owner | Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 375.00 C@1 | 37.50 |
| 9995 TIME 2/11/2010 WIP E-mail again from court ordering defendant to obtain counsel within 30 days | Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 375.00 C@1 | 37.50 |
| 10002 TIME 2/11/2010 WIP Telephone call to Putnam on case and court, order | Palmer Bailey Telephone call Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 375.00 C@1 | 37.50 |
| 10036 TIME 2/19/2010 WIP Telephone call with Putnam discuss at length issues, and he says the person is looking for another lawyer etc. | Palmer Bailey Telephone call Mexigo Restaurant | 0.20 0.00 0.00 0.00 | 375.00 C@1 | 75.00 |
| 10070 TIME 3/1/2010 WIP | Palmer Bailey Telephone call Mexigo Restaurant | 0.20 0.00 0.00 | 375.00 C@1 | 75.00 |

-13-

6/16/2011                                     Law Office of Palmer Bailey
2:01 PM                                             Slip Listing                                    Page      12

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Telephone call with putnam again. Let them know he needs to get counsel and move forward, I am going to take a default judgment against the tenant, and I am getting my expert out there etc. | | 0.00 | | |
| 10179                    TIME<br>3/16/2010<br>WIP<br>Reviewing proof of service as filed with March 15th date of signing by Koshnadi | Palmer Bailey<br>Review<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 37.50 |
| 10180                    TIME<br>3/16/2010<br>WIP<br>Researching order and effect of failing to comply with 30 day requirements for new counsel. Called previous lawyer left message, called court asst on same. | Palmer Bailey<br>Research<br>Mexigo Restaurant | 0.30<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 112.50 |
| 10181                    TIME<br>3/16/2010<br>WIP<br>Telephone calls to court again and to magistrate trying to sort out what to do on this matter with no answer and 30 days run I just don't know what to do | Palmer Bailey<br>Telephone call<br>Mexigo Restaurant | 0.30<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 112.50 |
| 10195                    TIME<br>3/17/2010<br>WIP<br>E-mail from court with order on appearance again to defendants.  Appears to be mailing same order out with no new requirement.  We're already outside the 30 days.  File same, contact client | Palmer Bailey<br>E-mail<br>Mexigo Restaurant | 0.20<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 75.00 |
| 10196                    TIME<br>3/17/2010<br>WIP<br>E-mail again from court with notice of filing of the order, no other documents in email, | Palmer Bailey<br>E-mail<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 37.50 |
| 10216                    TIME<br>3/20/2010<br>WIP<br>Telephone call from client on Saturday on my cell asking what is going on with case and wondering why not moving forward.  Explaining again the situation with no counsel and default | Palmer Bailey<br>Telephone call<br>Mexigo Restaurant | 0.30<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 112.50 |
| 10336                    TIME<br>4/1/2010<br>WIP<br>Drafting attorney notes after call from cleint about what the Court orders mean, may need to call court, still no lawyer on the other side to deal with, | Palmer Bailey<br>Draft<br>Mexigo Restaurant | 0.30<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 112.50 |

-14-

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| contact with expert about review, | | | | |
| 10370 4/7/2010 WIP E-mail from court with acknowledgment again of receipt for service | TIME Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 375.00 C@1 | 37.50 |
| 10486 4/29/2010 WIP Review orders, contact client and court about no answer, no response from the Defendants on the case, can't move forward | TIME Palmer Bailey Review Mexigo Restaurant | 0.30 0.00 0.00 0.00 | 375.00 C@1 | 112.50 |
| 10581 6/7/2010 WIP E-mail from client about update on case.  Email with only info I have at this point | TIME Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 375.00 C@1 | 37.50 |
| 10666 6/16/2010 WIP Drafting atty nottes to file to update what needs to get done on case | TIME Palmer Bailey Draft Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 375.00 C@1 | 37.50 |
| 10788 7/7/2010 WIP Drafting attorney notes to file update with what needs to happen on case | TIME Palmer Bailey Draft Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 375.00 C@1 | 37.50 |
| 10818 7/16/2010 WIP Telephone call with ken about the problems with the case and how to move forward with mtn sj if answer struck and how to get place fixed with no counsel. | TIME Palmer Bailey Telephone call Mexigo Restaurant | 0.30 0.00 0.00 0.00 | 375.00 C@1 | 112.50 |
| 10841 7/22/2010 WIP Meeting with client at location to discuss the problems in the case and where we are. Reviewing the changes if any for purposes of filing mtn to strike answer. | TIME Palmer Bailey Meeting Mexigo Restaurant | 1.70 0.00 0.00 0.00 | 375.00 C@1 | 637.50 |
| 10857 7/23/2010 WIP Drafting atty notes to file on case for updating situation for how to get it resolved. discuss | TIME Palmer Bailey Draft Mexigo Restaurant | 0.30 0.00 0.00 0.00 | 375.00 C@1 | 112.50 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| possibilties with lawyer, robert lamb on how to<br>move case | | | | |
| 10911          TIME<br>8/4/2010<br>WIP<br>E-mail from court with filing | Palmer Bailey<br>E-mail<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 37.50 |
| 10908          TIME<br>8/4/2010<br>WIP<br>Drafting status report for court, going over the case<br>file and order, preparing same on where the<br>defendants are and what they aren't doing. | Palmer Bailey<br>Draft<br>Mexigo Restaurant | 1.20<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 450.00 |
| 10988          TIME<br>8/17/2010<br>WIP<br>Researching the information for a motion to strike.<br>Begin to draft same. | Palmer Bailey<br>Research<br>Mexigo Restaurant | 1.10<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 412.50 |
| 11044          TIME<br>8/26/2010<br>WIP<br>Drafting motion to strike answer.  going through the<br>record and the court orders and drafting the<br>document. | Palmer Bailey<br>Draft<br>Mexigo Restaurant | 1.40<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 525.00 |
| 11059          TIME<br>8/27/2010<br>WIP<br>Drafting changes and modifications to the motion<br>and the order, call to dist. clerk on the copies and<br>other issues for filing, file same. | Palmer Bailey<br>Draft<br>Mexigo Restaurant | 1.10<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 412.50 |
| 11061          TIME<br>8/27/2010<br>WIP<br>E-mail from court with filing on motion to strike | Palmer Bailey<br>E-mail<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 37.50 |
| 11074          TIME<br>8/30/2010<br>WIP<br>E-mail from district clerk concerning order and<br>resending it in a different format.  Re draft and<br>refile. | Palmer Bailey<br>E-mail<br>Mexigo Restaurant | 0.40<br>0.40<br>0.00<br>0.00 | 375.00<br>C@1<br>No Charge | 150.00 |
| 11076          TIME<br>8/30/2010<br>WIP<br>E-mail from court with filing today | Palmer Bailey<br>E-mail<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 37.50 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 11098              TIME<br>9/2/2010<br>WIP<br>Meeting with client concerning motion to strike and motion for defualt.  discuss expert and review with Ken carden as well, how to move forward to collect and enforce | Palmer Bailey<br>Meeting<br>Mexigo Restaurant | 0.90<br>0.00<br>0.00<br>0.00 | 375.00<br>C @1 | 337.50 |
| 11137              TIME<br>9/14/2010<br>WIP<br>Drafting notes about meeting with expert to get review for default judgment, email to expert on same | Palmer Bailey<br>Draft<br>Mexigo Restaurant | 0.20<br>0.00<br>0.00<br>0.00 | 375.00<br>C @1 | 75.00 |
| 11168              TIME<br>9/20/2010<br>WIP<br>E-mail from court denying order to strike for sanctions on answer because there is no answer that was wrong when filed?  makes no sense. Discussion with ken to try and understand what to do and who to serve discovery on for the case? | Palmer Bailey<br>E-mail<br>Mexigo Restaurant | 0.40<br>0.00<br>0.00<br>0.00 | 375.00<br>C @1 | 150.00 |
| 11194              TIME<br>9/27/2010<br>WIP<br>Telephone call with Baker about visit to site for this week | Palmer Bailey<br>Telephone call<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 375.00<br>C @1 | 37.50 |
| 11251              TIME<br>10/1/2010<br>WIP<br>Drafting attorney notes on file for update to to do list and call from client on where we are | Palmer Bailey<br>Draft<br>Mexigo Restaurant | 0.30<br>0.00<br>0.00<br>0.00 | 375.00<br>C @1 | 112.50 |
| 11260              TIME<br>10/5/2010<br>WIP<br>Preparation of discovery documents to all 4 corporate defendants in the case.  draft all, review requirements for default against mexigo in situation with joint and several liability when still in case. Contact with client on same | Palmer Bailey<br>Prep Pleadings<br>Mexigo Restaurant | 3.70<br>0.00<br>0.00<br>0.00 | 375.00<br>C @1 | 1387.50 |
| 11271              TIME<br>10/13/2010<br>WIP<br>Telephone call wtih Joe Putnam again on case and resolution. quick email to client on same. | Palmer Bailey<br>Telephone call<br>Mexigo Restaurant | 0.30<br>0.00<br>0.00<br>0.00 | 375.00<br>C @1 | 112.50 |
| 11446              TIME<br>12/2/2010<br>WIP | Palmer Bailey<br>Telephone call<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00 | 375.00<br>C @1 | 37.50 |

Law Office of Palmer Bailey
Slip Listing

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| Telephone call from client on case progress and sj filing | | 0.00 | | |
| 11520 TIME 12/17/2010 WIP Drafting summary judgment brief, begin working on it. | Palmer Bailey Draft Mexigo Restaurant | 1.20 0.00 0.00 0.00 | 375.00 C@1 | 450.00 |
| 11527 TIME 12/20/2010 WIP Drafting SJ, finishingup most of the brief. Beggining to punch in the footnotes to create the Appendix. Working on the affidavits and other documents | Palmer Bailey Draft Mexigo Restaurant | 2.70 0.00 0.00 0.00 | 375.00 C@1 | 1012.50 |
| 11532 TIME 12/21/2010 WIP Drafting brief edits and edits and check footnotes. | Palmer Bailey Draft Mexigo Restaurant | 1.30 0.00 0.00 0.00 | 375.00 C@1 | 487.50 |
| 11556 TIME 1/4/2011 WIP Preparation of pleadings for partial summary judgment.  All of the exhibits, and local rule changes to the briefing, calls to court on same. Make all footnotes for appendix as required., Complete final appendix for all, draft final documents, and order and letter to court, get document ready and file. | Palmer Bailey Prep Pleadings Mexigo Restaurant | 3.60 0.00 0.00 0.00 | 375.00 C@1 | 1350.00 |
| 11560 TIME 1/4/2011 WIP E-mail from court with filing of motoin | Palmer Bailey E-mail Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 375.00 C@1 | 37.50 |
| 11608 TIME 1/14/2011 WIP Meeting with client to discuss where we go from here if no answer as expected, as far as enforcement and timeframes.  Complicated with no defendant etc. | Palmer Bailey Meeting Mexigo Restaurant | 0.80 0.00 0.00 0.00 | 375.00 C@1 | 300.00 |
| 11612 TIME 1/17/2011 WIP Drafting attorney notes to the file to update the case in anticipation of enforcement and collection | Palmer Bailey Draft Mexigo Restaurant | 0.10 0.00 0.00 0.00 | 375.00 C@1 | 37.50 |

Law Office of Palmer Bailey
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 11672                    TIME<br>2/7/2011<br>WIP<br>E-mail to client with update that we are just waiting for court still to rule etc.  and where we go from there | Palmer Bailey<br>E-mail<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 37.50 |
| 11756                    TIME<br>2/18/2011<br>WIP<br>Drafting attorney notes to file give update to client that we are still waiting and can't move till the court rules. | Palmer Bailey<br>Draft<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 37.50 |
| 11782                    TIME<br>2/23/2011<br>WIP<br>Telephone call with Ken Carden on case and how if any I can move it to a decision now on SJ without any response on file by defendant and enforcement issues. | Palmer Bailey<br>Telephone call<br>Mexigo Restaurant | 0.30<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 112.50 |
| 11876                    TIME<br>3/10/2011<br>WIP<br>E-mail to client about the court ruling. | Palmer Bailey<br>E-mail<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 37.50 |
| 11982                    TIME<br>3/22/2011<br>WIP<br>E-mail from client on appeal deadline and motion to dismiss remaining issues. | Palmer Bailey<br>E-mail<br>Mexigo Restaurant | 0.10<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 37.50 |
| 12029                    TIME<br>3/29/2011<br>WIP<br>Drafting motion/brief for default, to dismiss and for final judgment.  Pulling necessary info. | Palmer Bailey<br>Draft<br>Mexigo Restaurant | 1.70<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 637.50 |
| 12037                    TIME<br>3/30/2011<br>WIP<br>Drafting final touches to document, contact court about response and to let them know it is filed. | Palmer Bailey<br>Draft<br>Mexigo Restaurant | 0.40<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 150.00 |
| 12138                    TIME<br>4/21/2011<br>WIP<br>Telephone call from Beatrice at Mexigo about order from court and discuss issues with the owner | Palmer Bailey<br>Telephone call<br>Mexigo Restaurant | 0.20<br>0.00<br>0.00<br>0.00 | 375.00<br>C@1 | 75.00 |

Law Office of Palmer Bailey
Slip Listing

| Slip ID Dates and Time Posting Status Description | | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 12165 | TIME | Palmer Bailey | 0.20 | 375.00 | 75.00 |
| 5/2/2011 | | E-mail | 0.00 | C@1 | |
| WIP | | Mexigo Restaurant | 0.00 | | |
| E-mail from court with Order to modifiy within 6 months.  Discuss same with client. | | | 0.00 | | |
| 12341 | TIME | Palmer Bailey | 5.40 | 375.00 | 2025.00 |
| 6/15/2011 | | Draft | 0.00 | C@1 | |
| WIP | | Mexigo Restaurant | 0.00 | | |
| Drafting brief for motion on fees to court. Reviewing record and pulling law etc. | | | 0.00 | | |
| 12344 | TIME | Palmer Bailey | 4.90 | 375.00 | 1837.50 |
| 6/16/2011 | | Draft | 0.00 | C@1 | |
| WIP | | Mexigo Restaurant | 0.00 | | |
| Drafting Affidavit, briefing and getting appendix together for filing.  Completing all editing and drafts cites footnotes and other materials for filing. | | | 0.00 | | |

| Grand Total | | | | | |
|---|---|---|---|---|---|
| | Billable | 62.90 | | | 23582.50 |
| | Unbillable | 1.80 | | | 642.50 |
| | Total | 64.70 | | | 24225.00 |

## LEGAL SERVICES AGREEMENT

Leslie Greer ("CLIENT"), by this document, agrees to engage the Law Office of Palmer Bailey, p.c. (the "ATTORNEY") to represent him.  This representation is against any individuals and/or entities as may be shown by investigation to be responsible for the violation of CLIENT's State and/or Federal rights.  These violations involve disability discrimination at the Shopping Center where the Mexigo Restaurant is located in Allen, Texas.

For all Federal law claims, CLIENT agrees that any award of attorney's fees by the Court/arbitrator or agreed to in settlement shall be the sole property of the ATTORNEY.  CLIENT agrees to pay, and hereby assigns to The ATTORNEY a lien on, any and all awards to Plaintiff of attorney's fees, including all costs of litigation expenses, and court costs recovered on CLIENT's behalf.

During the prosecution of this cause, The ATTORNEY is authorized to hire or join any additional experts, ATTORNEY or other professionals that they deem appropriate for the prosecution of this matter.  Further, The ATTORNEY shall advance all Court costs, deposition costs, duplication costs, telecopier fees, filing fees, runner and travel expenses, long-distance telephone expenses, accountant's fees, appraiser's fees, expert witness fees, consultant's fees, computer research fees and other legal and professional fees necessary for the professional prosecution of this cause.  All awards to CLIENT by settlement or judgment of these costs shall be the property of The ATTORNEY and the CLIENT hereby gives a lien to The ATTORNEY on any amounts so awarded.

CLIENT agrees and understands that the overall supervision of the case will be handled by PALMER BAILEY.  However, the day-to-day handling of the case, hearings, and communications may be handled by any attorney and/or any other persons or ATTORNEY that may be assigned by PALMER BAILEY to handle specific matters relating to the case.

In computing the ATTORNEY' fees in this matter the CLIENT agrees that the time expended by The ATTORNEY, will be recorded and billed to CLIENT in minimum one-tenth hour increments at the following rates:  Attorney's out of court time will be billed at the rate of not less than $350 per hour. Attorney's in court time will be billed at the rate of not less than $350 per

hour. Law clerks and legal assistants time will be billed at rates between $90 and $120.  Further, it is agreed that the recordation of time by the ATTORNEY as described herein shall apply to all work performed on this matter including but not limited to legal research, drafting of pleadings, conferences, telephone conversations, preparation of discoverable documents, investigation of facts, preparation for and appearances in court, and other tasks necessary to adequately handle the matter in controversy.

The ATTORNEY will provide CLIENT a statement setting forth, in summary, time and expenses incurred at any time during the prosecution of this cause within 48 hours of a request by CLIENT.   Supporting documents including invoices and time records are available for inspection by CLIENT during normal business hours.   All fees and costs are due, and payable upon receipt of funds received in settlement.

CLIENT agrees to keep the ATTORNEY advised of his whereabouts at all times, to cooperate in the investigation, preparation and hearing and/or trial of the case, to appear on reasonable notice for depositions, administrative hearings, and court appearances, and to comply with all reasonable requests made in connection with the preparation and presentation of the claim.

CLIENT agrees not to compromise the claim without the written consent of the ATTORNEY and the ATTORNEY is not authorized to enter into any settlement on behalf of CLIENT without the consent of CLIENT.  In the event that CLIENT fails to prosecute this action to final judgment or settlement without first obtaining the agreement of The ATTORNEY or if this cause is dismissed or compromised by court sanction as a result of any failure of CLIENT to fully cooperate in the prosecution of this cause, CLIENT hereby agrees to pay the reasonable ATTORNEY' fees incurred by the ATTORNEY to that date, including all costs of litigation expenses, and court costs.

In the event that a dispute arises between the CLIENT and the ATTORNEY regarding this contract or the work performed under it the CLIENT hereby agrees to arbitrate this matter in Dallas County.   Any such arbitration shall be binding and final as to each party.

**NO REPRESENTATION HAS BEEN MADE REGARDING WHAT AMOUNT, IF ANY, CLIENT MAY RECOVER IN THIS CLAIM, NOR HAVE ANY WARRANTIES BEEN MADE REGARDING THE OUTCOME OF THIS MATTER. THIS AGREEMENT MAY NOT BE CHANGED EXCEPT BY THE SIGNED AGREEMENT OF BOTH PARTIES.**

**NOTE: THIS IS OUR ENTIRE AGREEMENT. IT PROTECTS BOTH OF US AND WILL PREVENT MISUNDERSTANDING. IF YOU DO NOT UNDERSTAND IT OR IF IT DOES NOT CONTAIN ALL THE**

*LEGAL SERVICES AGREEMENT - page 1 of 2*

**PERTINENT TERMS YOU BELIEVE HAVE BEEN DISCUSSED, PLEASE CALL IT TO OUR ATTENTION BEFORE SIGNING.**

**IF YOU HAVE A COMPLAINT ABOUT THE ATTORNEY HANDLING THIS MATTER THE TELEPHONE NUMBER FOR THE STATE BAR OF TEXAS TO MAKE A COMPLAINT IS 1-800-204 -2222.**

**YOUR SIGNATURE BELOW INDICATES THAT YOU HAVE READ, UNDERSTAND, AND AGREE TO BE BOUND BY THIS ENTIRE AGREEMENT.**


Dated: 9/21/2009


BY: *_/s/Leslie Greer_____*                  BY: *_/s/Palmer D. Bailey_*

Leslie Greer                                               PALMER D. BAILEY


*LEGAL SERVICES AGREEMENT - page 2 of 2*