# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| LESLIE GREER | § | |
| | § | |
| v. | § | Case No. 4:10cv1 |
| | § | (Judge Schneider/Judge Mazzant) |
| EDK Allen II LP, ET AL. | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 28, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Attorney's Fees, Costs, and Expenses Against Defendants (Dkt. #36) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Attorney's Fees, Costs, and Expenses Against Defendants (Dkt. #36) is GRANTED and Defendants EDK Allen II LP, EDK Allen II GP, LLC, EDK Allen III LP, EDK Allen III GP, LLC, and Las Piramides Inc. d/b/a Mexigo Restaurant Bar and Grill are all hereby jointly and severally liable for the reasonable fees, costs, and expenses incurred in this case by the Plaintiff.

It is further **ORDERED** that Defendants EDK Allen II LP, EDK Allen II GP, LLC, EDK Allen III LP, EDK Allen III GP, LLC, and Las Piramides Inc. d/b/a Mexigo Restaurant Bar and Grill

shall pay Leslie Greer $31,082.50 in reasonable and necessary fees, costs, and expenses in this case.

Such payment is to be made no more than 60 days from the date of this Memorandum.

**IT IS SO ORDERED.**

**SIGNED this 19th day of August, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE