# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| LESLIE GREER | § | |
| | § | |
| v. | § | Case No. 4:10cv1 |
| | § | (Judge Schneider/Judge Mazzant) |
| EDK Allen II LP, EDK Allen II GP, LLC, | § | |
| EDK Allen III LP, EDK Allen III GP, LLC, and | § | |
| Las Piramides, Inc. | § | |
| d/b/a Mexigo Restaurant Bar and Grill. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 29, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Las Piramides, Inc.'s Amended Motion for Relief from Judgment (Dkt. #46) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Las Piramides, Inc.'s Amended Motion for Relief from Judgment (Dkt. #46) is **DENIED.**

**It is SO ORDERED.**

SIGNED this 4th day of January, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE