IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LESLIE GREER §<br>     Plaintiff §<br>§<br>v. §<br>§<br>EDK Allen II LP, EDK Allen II GP, §<br>LLC, EDK Allen III LP, EDK Allen III §<br>GP, LLC, and Las Piramides Inc. d/b/a §<br>Mexigo Restaurant Bar and Grill §<br>     Defendants §<br>§<br>§ | Case No. 4:10cv1<br><br>(Judge Clark/Judge Mazzant)<br>Complaint for Accommodation<br>Discrimination Under the A.D.A. |

### ORDER ON LAS PIRAMIDES, INC. d/b/a MEXIGO RESTAURANT BAR AND GRILL'S MOTION TO WITHDRAW AND SUBSTITUTE

After considering Grant Goen's Motion To Withdraw as attorney in Charge for Las Piramides Inc. d/b/a Mexigo Restaurant Bar and Grill, the Court

GRANTS Grant Goen's Motion to Withdraw and ORDERS that Julie Wolf be substituted as attorney in charge for Las Piramides Inc. d/b/a Mexigo Restaurant Bar and Grill.

**SIGNED this 16th day of April, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE